UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSE SCOTT,

       Petitioner,

    v.                                              18-CV-344
                                                      ORDER
WILLIAM P. BARR,
Attorney General of the United States;

THOMAS E. FEELEY,
Field Office Director for Detention and
Removal, Buffalo Field Office, Bureau of
Immigration and Customs Enforcement;

JOE KOSON,
Facility Director, Buffalo Federal
Detention facility,

       Respondents.

On March 15, 2018, the pro se petitioner, Jose Scott, filed a petition for a writ of habeas corpus in connection with his detention pending immigration removal. Docket Item 1. On January 28, 2019, this Court granted in part and denied in part Scott's motion to show cause, or in the alternative, to amend his petition. Docket Item 9. The Court asked the government to file a declaration setting forth a date by which it reasonably expects Scott to be removed. *Id*. The government responded on February 28, 2019. Docket Items 10, 11. In its "Response to Court Order," the government indicated that "DHS has scheduled Scott's removal from the United States to Liberia for a date certain that is now within the next thirty days." Docket Item 10 at 4. But "[t]he precise date and details of the removal arrangements are protected security information

which can neither be publicly disclosed nor disclosed to Scott." *Id.* That thirty-day period now is approaching its conclusion.

In light of the government's representations, the respondents are ordered to file a status report with this Court no later than April 3, 2019. In the status report, the government shall indicate whether Scott has been removed, and, if not, the reason that he has not yet been removed and the status of his expected removal.

SO ORDERED.

Dated: March 27, 2019
       Buffalo, New York

*s/ Lawrence J. Vilardo*
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE